# "Exhibit A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**NOVEMBER 2010**  **001848**

E-Filing Number: 1011018894

**PLAINTIFF'S NAME**
ROSEMARIE MERWITZ

**DEFENDANT'S NAME**
ALLIS CHALMERS CORPORATION

**PLAINTIFF'S ADDRESS**
42 TEAL DRIVE
LANGHORNE PA 19047

**DEFENDANT'S ADDRESS**
C/O CT CORPORATION SYSTEM 116 PINE STREET
SUITE 320
HARRISBURG PA 17101

**PLAINTIFF'S NAME**

**DEFENDANT'S NAME**
BUFFALO PUMPS

**PLAINTIFF'S ADDRESS**

**DEFENDANT'S ADDRESS**
874 OLIVER STREET
NORTH TONAWANDA NY 14120

**PLAINTIFF'S NAME**

**DEFENDANT'S NAME**
EATON CORP., AS SUCCESSOR IN INTEREST TO VICKERS, INC.

**PLAINTIFF'S ADDRESS**

**DEFENDANT'S ADDRESS**
1111 SUPERIOR AVENUE
CLEVELAND OH 44117

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION | | |
|---|---|---|---|---|
| 1 | 18 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal  [ ] Writ of Summons  [ ] Transfer From Other Jurisdictions | | |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [ ] $50,000.00 or less  [X] More than $50,000.00 | [ ] Arbitration  [X] Jury  [ ] Non-Jury  [ ] Other: | [ ] Mass Tort  [ ] Savings Action  [ ] Petition | [ ] Commerce  [ ] Minor Court Appeal  [ ] Statutory Appeals | [ ] Settlement  [ ] Minors  [ ] W/D/Survival |

**CASE TYPE AND CODE**
2T – TOXIC TORT PERSONAL INJURY

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

**FILED PRO PROTHY**
NOV 11 2010
M. TIERNEY

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES   NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: ROSEMARIE MERWITZ

Papers may be served at the address set forth below.

**NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY**
THOMAS R. ANAPOL

**ADDRESS**
1710 SPRUCE STREET
PHILADELPHIA PA 19103

**PHONE NUMBER**
(215)790-4572

**FAX NUMBER**
(215)875-7707

**SUPREME COURT IDENTIFICATION NO.**
62121

**E-MAIL ADDRESS**
tanapol@anapolschwartz.com

**SIGNATURE OF FILING ATTORNEY OR PARTY**
THOMAS ANAPOL

**DATE SUBMITTED**
Thursday, November 11, 2010, 12:11 pm

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**
1. DOVER CORPORATION, AS SUCCESSOR IN INTEREST TO BLACKMER PUMP
    280 PARK AVENUE
    NEW YORK NY 10017
2. CBS CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION
    C/O CORPORATION SERVICE CO. 2704 COMMERCE DRIVE SUITE B
    HARRISBURG PA 17110
3. WEIL PUMP COMPANY
    W57 N14363 DOERR WAY P.O. BOX 887
    CEDARBURG WI 53012
4. WATTS INDUSTRIES, AS SUCCESSOR IN INTEREST TO LESLIE CONTROL
    815 CHESTNUT AVENUE
    NORTH ANDOVER MA 01845
5. WARREN PUMPS, LLC
    C/O CORPORATION SERVICE CO. 2711 CENTERVILLE ROAD SUITE 400
    WILMINGTON DE 19808
6. SQUARE D COMPANY
    LEGAL DEPARTMENT EXECUTIVE PLAZA
    PALATINE IL 60067
7. ROCKBESTOS
    C.T. CORPORATION C/O U.S. CORPORATION 2704 COMMERCE DRIVE, SUITE B
    HARRISBURG PA 17110
8. METROPOLITAN LIFE INSURANCE COMPANY
    27-01 QUEENS PLAZA NORTH
    LONG ISLAND NY 11101
9. IMO INDUSTRIES, INC., AS SUCCESSOR AND F/K/A DELAVAL TURBINE
    2711 CENTERVILLE ROAD SUITE 400
    WILMINGTON DE 19808
10. HOWDEN BUFFALO, INC. SUCCESSOR IN INTEREST TO BUFFALO FORGE
    2029 WEST DEKALB STREET
    CAMDEN SC 29020
11. GTE PRODUCTS OF CONNECTICUT CORPORATION
    140 WEST STREET 21ST FLOOR
    NEW YORK NY 10007
12. GREENE TWEED & COMPANY, INC.
    DETWEILER ROAD
    KULPSVILLE PA 19443
13. THE GORMAN RUPP COMPANY, SUCCESSOR IN INTEREST TO CH WHEELER
    305 SOUTH BOWMAN STREET
    MANSFIELD OH 44903
14. GENERAL ELECTRIC COMPANY
    C/O CT CORPORATION  100 PINE STREET SUITE 325
    HARRISBURG PA 17101
15. FLOWSERVE CORP. AS SUCCESSOR IN INTEREST TO WORTHINGTON PUMP
    C/O CT CORPORATION SYSTEM 116 PINE STREET SUITE 320
    HARRISBURG PA 17101
16. EATON CORP., AS SUCCESSOR IN INTEREST TO VICKERS, INC.
    1111 SUPERIOR AVENUE
    CLEVELAND OH 44117
17. BUFFALO PUMPS
    874 OLIVER STREET
    NORTH TONAWANDA NY 14120
18. ALLIS CHALMERS CORPORATION
    C/O CT CORPORATION SYSTEM 116 PINE STREET SUITE 320`
    HARRISBURG PA 17101

ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY
BY: LAWRENCE R. COHAN, ESQUIRE
THOMAS R. ANAPOL, ESQUIRE
I.D. NOS.: 30546; 62121;
1710 Spruce Street
Philadelphia, PA 19103
(215) 735-1130

| | |
|---|---|
| Rosemarie Merwitz, Administratrix of the Estate of Edward Merwitz, Deceased, and Rosemarie Merwitz, in her own right<br>42 Teal Drive<br>Langhorne, PA 19047<br><br>vs.<br><br>ALLIS CHALMERS CORPORATION., et al | COURT OF COMMON PLEAS<br>PHILADELPHIA, PA<br><br>ASBESTOS CASE<br><br>November TERM, 2010<br><br>JURY TRIAL DEMANDED |

## NOTICE

You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Philadelphia Bar Association and Lawyer Referral Service
1101 Market Street, 11th floor
Philadelphia, PA 19107-2911
(215) 238-6333

Case ID: 101101848

## DEFENDANT'S ADDRESSES

ALLIS-CHALMERS CORPORATION
c/o C.T. Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101

BUFFALO PUMPS
874 Oliver Street
North Tonawanda, NY 14120

CBS CORPORATION
f/k/a Westinghouse Electric Corporation
c/o Corporation Service Company
2704 Commerce Drive, Suite B
Harrisburg, PA 17110

DOVER CORPORATION
280 Park Avenue
New York, NY 10017

EATON CORPORATION
Eaton Center
1111 Superior Avenue
Cleveland, OH 44117

FLOWSERVE CORPORATION
c/o C.T. Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101

GENERAL ELECTRIC COMPANY
c/o C.T. Corporation
100 Pine Street, Suite 325
Harrisburg, PA 17101

THE GORMAN RUPP COMPANY
305 South Bowman Street
Mansfield, OH 44903

GREENE TWEED & COMPANY, INC.
Detweiler Road
Kulpsville, PA 19443

Case ID: 101101848

GTE PRODUCTS OF CONNECTICUT CORPORATION
As successor in interest to Clark Control
140 West Street, 21st Floor
New York, NY 10007

HOWDEN BUFFALO, INC.
2029 West Dekalb Street
Camden, SC 29020

IMO INDUSTRIES, INC.
2711 Centerville Road
Suite 400
Wilmington, DE 19808

METROPOLITAN LIFE INSURANCE COMPANY
27-01 Queens Plaza North
Long Island, New York 11101

ROCKBESTOS
C.T. Corporation
c/o U.S. Corporation
2704 Commerce Drive, Suite B
Harrisburg, PA 17110

SQUARE D COMPANY
Legal Department
Executive Plaza
Palatine, Illinois 60067

WARREN PUMPS, LLC
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

WATTS INDUSTRIES, INC.
815 Chestnut Avenue
North Andover, MA 01845

WEIL PUMP COMPANY
W57 N14363 Doerr Way
P.O. Box 887
Cedarburg, WI 53012

ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY
BY:   LAWRENCE R. COHAN, ESQUIRE
      THOMAS R. ANAPOL, ESQUIRE
I.D. NOS.:   30546: 62121
1710 Spruce Street
Philadelphia, PA  19103
(215) 735-1130

| | | |
|---|---|---|
| Rosemarie Merwitz, Administratrix of the Estate of Edward Merwitz, Deceased, and Rosemarie Merwitz, in her own right<br>42 Teal Drive<br>Langhorne, PA 19047<br><br>                               vs.<br><br>      ALLIS CHALMERS CORPORATION<br>      BUFFALO PUMPS<br>      CBS CORPORATION, a Delaware corporation<br>      f/k/a Westinghouse Electric Corporation<br>402   DOVER CORPORATION, as successor<br>      in interest to Blackmer Pump Company<br>434   EATON CORPORATION, as successor<br>      in interest to Vickers, Inc.<br>      FLOWSERVE CORPORATION, as<br>      Successor in interest to Worthington Pumps<br>      THE GORMAN RUPP COMPANY,<br>      As successor in interest to C.H. Wheeler<br>064   GENERAL ELECTRIC COMPANY<br>132   GREENE TWEED & COMPANY, INC.<br>      GTE PRODUCTS OF CONNECTICUT, as<br>      Successor in interest to Clark Control<br>      HOWDEN BUFFALO, INC. as successor<br>      in interest to Buffalo Forge Company<br>      IMO INDUSTRIES, INC., as successor in<br>      interest to and f/k/a DeLaval Turbine,<br>      Transamerica DeLaval and Imo DeLaval;<br>      METROPOLITAN LIFE INSURANCE CO.<br>425   ROCKBESTOS, f/k/a Rock Bestos Company<br>      SQUARE D COMPANY<br>      WARREN PUMPS, LLC<br>      WATTS INDUSTRIES, as successor in interest<br>      to Leslie Control Valves<br>      WEIL PUMP COMPANY | : | COURT OF COMMON PLEAS<br>PHILADELPHIA, PA<br><br>ASBESTOS CASE<br><br>November   TERM, 2010<br><br><br>NO. 001848<br><br>JURY TRIAL DEMANDED |

**COMPLAINT - CIVIL ACTION (2. Personal Injury)**
**26035/2090 Asbestos**

Pursuant to an Order dated July 30, 1986, signed by the Honorable Richard B. Klein and the Honorable Edward J. Blake, the following short form Complaint is utilized in this asbestos action.

1. The Plaintiffs in the instant matter are:

   a. Rosemarie Merwitz, Administratrix
   (Plaintiff-Spouse)
   42 Teal Dtive
   Langhorne, Pennsylvania 19047

   b. Edward Merwitz, Deceased (Plaintiff-Decedent-Worker)
   Social Security No. 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
   Date of Birth: October 15, 1947
   Date of Death: July 31, 2010

2. The Defendants in the instant matter are those listed in the above caption.

3. The Defendants in the instant matter are those listed in the above captioned. In addition, Plaintiff has named Defendant, METROPOLITAN LIFE INSURANCE COMPANY, which was not named in Plaintiffs= Master General Long Form Complaint, No. 89-90000-11-2.

   Defendant, METROPOLITAN LIFE INSURANCE COMPANY, is an insurance company organized and existing under the laws of the State of New York, has its principal place of business in the State of New York and at all times material hereto was doing business in the Commonwealth of Pennsylvania. It is sued for its conduct and omissions as a consultant to certain defendants.

4. Plaintiff-decedent's asbestos exposure history, including to the extent possible at this time, the asbestos manufacturers and products to which Plaintiff-decedent was exposed; and the inclusive dates of exposure and job site(s) is attached hereto as Exhibit I.

Case ID: 101101848

5. Plaintiff-decedent's estate first learned of Decedent's asbestos-related disease, Mesothelioma, on or about January 13, 2010 from Dr. Mark Igoe. Plaintiff-decedent's estate first became aware of his asbestos-related disease only after the diagnosis date.

6. Plaintiff-worker's history of tobacco use is as follows:

Plaintiff-decedent was a lifetime non-smoker.

7. A claim for lost wages is asserted at this time.

8. Pursuant to an Order dated July 30, 1986 signed by the Honorable Richard B. Klein and the Honorable Edward J. Blake allowing for the filing of a "Short Form Complaint" and a "Master Long Form Complaint," Plaintiffs have filed the instant Complaint. Plaintiff(s) hereby incorporate(s) the "Master Long Form Complaint" as if that document was set forth at length herein including, but not limited to:

| | | |
|---|---|---|
| Count I | - | Negligence and Outrageous Conduct |
| Count II | - | Strict Liability |
| Count III | - | Conspiracy |
| Count IV | - | Breach of Warranty |
| Count VI | - | Loss of Consortium |
| Count IX | - | Metlife |
| Count XI | - | Wrongful Death |
| Count XII | - | Damages |

ANAPOL, SCHWARTZ, WEISS, COHAN
FELDMAN & SMALLEY

BY _____
LAWRENCE R. COHAN, ESQUIRE

Case ID: 101101848

## VERIFICATION

I, Rosemarie Merwitz, Administratrix of the Estate of Edward Merwitz, deceased, hereby state that I am the Plaintiff and verify that the statements made in the foregoing COMPLAINT, are true and correct to the best of my knowledge, information and belief. The undersigned understands that the statement therein is made subject to the penalties of 18 Pa.C.S.A. '4904, relating to unsworn falsification to authorities.

X _Rosemarie Merwitz_
Rosemarie Merwitz, Administratrix
of the Estate of Edward Merwitz, Deceased

DATED: 11/10/10

Case ID: 101101848

EDWARD MERWITZ
EXHIBIT I
(PLAINTIFF-DECEDENT'S WORK HISTORY)

| Commencement Date | Cessation Date | Employer Location | Social Security Number | Job Description | Asbestos Manufacturers Products |
|---|---|---|---|---|---|
| 1965 | 1971 | Philadelphia Naval Ship Yard<br><br>**Ships Worked on:**<br>USS Saratoga<br>USS Shangri-la<br>USS New Orleans<br>USS Chilton | 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 | Apprentice Ship Fitter | See detailed description in Plaintiff's Master Long Form Complaint |

Case ID: 101101848